# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 JUL 14  AM 9: 23

CLERK _____
SO. DIST. OF GA.

WILLIE E. COLLINS,                    )
                                      )
    Petitioner,                   )
                                      )
v.                                    )      Case No. CV605-107
                                      )
LINDA SANDERS, Warden,                )
FCI FORREST CITY,                     )
                                      )
    Respondent.                   )

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

objections have been filed.  Accordingly, the Report and Recommendation

of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _14_ day of ___July___, 2006.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA